IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                          NO. 3:25-CR-69

KEENA BOYCE

## ORDER

Pursuant to a plea agreement with the government,[1] Keena Boyce pled guilty to possessing a firearm as a prohibited person[2] and is set to be sentenced February 25, 2026.[3]  On January 9, Boyce filed a pro se "Motion to Investigate Officer Misconduct" in which he asserts that "Kelly McMillen, leading investigator in [his] federal and state case … has commited [sic] criminal acts … which lead to a plea agreement that took [his] life away." Doc. #29 at PageID 48–49.  Because Boyce was represented by counsel at the time he filed his pro se motion[4] and is not entitled to hybrid representation—to represent himself while being represented by counsel[5]—Boyce's pro se motion [29] is **STRICKEN**.

**SO ORDERED**, this 13th day of January, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. #21.

[2] Doc. #23.

[3] Doc. #28.

[4] Doc. #10.

[5] *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978).